**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RRR HOTEL, LLC D/B/A CLARION-QUALITY HOTEL & CONFERENCE CENTER, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:22-cv-01562 |
| v. | : | |
| AXIS INSURANCE COMPANY, | : | |
| Defendant. | : | |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, AXIS INSURANCE COMPANY ("AXIS"), states that AXIS is an indirect, wholly owned subsidiary of AXIS Capital Holdings Limited (NYSE: AXS). No publicly held corporation owns 10% or more of the stock of AXIS Capital Holdings Limited.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
PA Attorney ID No. 65842
1818 Market Street, Suite 2470
Philadelphia, PA 19103
(T): (215) 405-9191
(F): (215) 405-9190
rgable@butler.legal
*Attorneys for Defendant, Axis Insurance Company*

Dated: April 22, 2022

**CERTIFICATE OF SERVICE**

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Disclosure Statement pursuant to Rule 7.1, electronically filed this 22nd day of April, 2022, will be served on the following counsel of record via the Court's Electronic Filing System:

Vincent Doto, Esq.
Wheeler, DiUlio & Barnabei, P.C.
One Penn Center – Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
*Attorneys for Plaintiff*

/s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorney for Defendant, Axis Insurance Company*